**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CLAUDIA SKINNER,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-00419-ADA** |
| | § | |
| **EDDIE CLEMONS, ET AL.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 9. Judge Howell recommended that the District Court **DISMISS** Plaintiff Skinner's cause of action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *Id.* at 8. The report further recommended that Skinner's remaining pending motions be **DENIED AS MOOT**. *Id.* The report was filed on April 3, 2025. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on April 28, 2025. Dkt. Nos. 12, 13. The Court has conducted *de novo* review of the Report and Recommendation, Plaintiff's objections (Dkt. Nos. 12, 13), and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 9) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections (Dkt. Nos. 12, 13) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff Skinner's cause of action is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** Skinner's remaining pending motions are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 17th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE